143 A.3d 381

Jerome WRIGHT, Sr. & Heirs, Petitioner

v.

EQUITY INDEXED MANAGED FUND, LLC, Respondent.

No. 77 EM 2016.

Supreme Court of Pennsylvania.

July 20, 2016.

## *ORDER*

PER CURIAM.

**AND NOW,** this 20th day of July, 2016, the "Notice of Removal to the King's Bench" is **DENIED.**

.

143 A.3d 381

Adisa NATURE, Petitioner

v.

REED, et al.

No. 79 EM 2016.

Supreme Court of Pennsylvania.

July 20, 2016.

## *ORDER*

PER CURIAM.

**AND NOW,** this 20th day of July, 2016, the "Notice of Removal to the King's Bench" is **DENIED.**